**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAMARYS ROSADO,

    Plaintiff,

v.                                   CASE NO: 8:05-cv-1361-T-26TGW

CVS PHARMACY INC.,

    Defendant.
    _____/

## O R D E R

Defendant has filed a motion for summary judgment which fails to comply with the Court's summary judgment procedures provided for in paragraph 6(b) of the Court's Case Management and Scheduling Order entered November 14, 2005.[1] Accordingly, pursuant to paragraph 6(g) of the case management order, Defendant's Motion for Summary Judgment (Dkt. 10) is stricken without notice and is terminated from pending status.

**DONE AND ORDERED** at Tampa, Florida, on November 1, 2006.

                                         s/*Richard A. Lazzara*
                                         **RICHARD A. LAZZARA**
                                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record

---

[1] Although Defendant's counsel who filed the motion was substituted as counsel of record after entry of the order, see docket 8, he is presumed to be familiar with the orders of the Court entered prior to becoming counsel of record.